**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| MARY BAKER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 15 CV 5932 |
| | ) | |
| The CITY OF CHICAGO, et al., | ) | Judge LEINENWEBER |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AND PARTIES**

Plaintiffs Mary Baker, Annie Barnes, Clinton Harrison, and Sabrina Harrison respectfully file this notice to voluntarily dismiss certain claims and Defendants without prejudice:

1.  In this civil rights case, Plaintiffs have brought federal claims for false arrest, excessive force, unlawful search of premises at 749 South Kedzie Avenue in Chicago, Illinois, unlawful search of persons, and failure to intervene, and state law claims for false imprisonment, battery, trespass, and malicious prosecution against the City of Chicago, Chicago Police Lieutenant Glenn Evans, and ten Chicago police officers.

2.  Discovery closed on April 17, 2017. This case is set for a jury trial beginning on December 4, 2017.

3.  To avoid the expense of litigating summary judgment motions, the parties have agreed that if Plaintiffs will dismiss Defendants Centeno, Young, Vega, Pacheco, McNicholas, Skornog, and Curcio, Count III with respect to the search of 749 South Kedzie **only**, and Count VII (state law trespass claim), Defendants will not move for summary judgment.

4.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss Defendants Centeno, Young, Vega, Pacheco, McNicholas, Skornog, and Curcio, Count III with respect to the search of 749 South Kedzie **only**, and Count VII.

Respectfully submitted,

/s Kevin T. Turkcan
One of Plaintiffs' Attorneys

Kevin T. Turkcan
HAMILTON LAW OFFICE, LLC
53 West Jackson Boulevard, Suite 452
Chicago, Illinois 60604
312.726.3173

/s Alexandria L. Bell
Attorney for Defendant City and Defendant Officers

Alexandria L. Bell
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
312.372.0770

/s Kenneth M. Battle
Attorney for Defendant Evans

Kenneth M. Battle
Hickey, O'Connor & Battle, LLP
20 North Clark Street, Suite 1600
Chicago, Illinois 60602
312.422.9400